1  **ROBERT MANN**, CSB 48293
2  **DONALD W. COOK**, CSB 116666
   ATTORNEYS AT LAW
   3435 Wilshire Blvd., Suite 2900
3  Los Angeles, CA 90010
   Phone: (213) 252-9444
4  Fax: (213) 252 0091
   E-mail: manncook@earthlink.net
5
   Attorneys for Plaintiff
6

7

8           UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA

10

11 | REGINALD LENARD SMITH, individually and as a class representative, | No. 2:12-mc-0063 JAM CKD
12 | Plaintiff, | (Central District of California No. CV11-10666 GAF (PJWx))
13 | vs. | **ORDER TO SHOW CAUSE RE CONTEMPT**
14 | COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, LEE BACA, DOES 1 through 10, both their personal and official capacities, |
15 |  |
16 |  |
17 |  |
18 |  |
19 | Defendants. |

20

21
22  TO THE CALIFORNIA DEPARTMENT OF JUSTICE:
23      You are hereby ordered to appear in this Court, located at 501 I Street, Sacramento,
24  California, on September 12, 2012, at 10:00 a.m., in Courtroom 26, before the Hon.
25  Carolyn K. Delaney, and to show cause on why you should not be held in contempt for
26  failure to comply with the subpoena issued in this matter July 26, 2012, and served on
27  you on July 30, 2012.
28  ///

-1-

It is further ordered that a copy of this Order and Plaintiff's Application for Issuance of Order to Show Cause on Why Contempt Citation Should Not Issue; Declaration of Donald W. Cook; Memorandum of Points and Authorities, shall be personally served on the California Department of Justice on or before August 20, 2012, and that the proof of service be filed with this Court on or before August 22, 2012.

It is further ordered that the parties are directed to meet and confer regarding the discovery dispute. A joint statement in the format set forth in Local Rule 251 shall be filed no later than August 31, 2012.

Dated: August 16, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE