**ROBERT MANN**, CSB 48293
**DONALD W. COOK**, CSB 116666
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
Phone: (213) 252-9444
Fax: (213) 252 0091
E-mail: manncook@earthlink.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD LENARD SMITH, individually and as a class representative,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, LEE BACA, DOES 1 through 10, both their personal and official capacities,<br><br>Defendants. | No. 2:12-mc-0063 JAM CKD<br><br>(Central District of California No. CV11-10666 GAF (PJWx))<br><br>**PROTECTIVE ORDER** |

The Court, having reviewed the stipulation of Plaintiff and non-party State of California ("State") as well as Plaintiff's offer of good cause and materiality, hereby orders as follows:

1. The State is order to comply with the subpoena issued July 26, 2012 and its request for production of items or information, to the extent such items or information is reasonably available;

2. Any criminal history information as defined by California Penal Code § 11105(a)(2), regarding any person *other than Plaintiff Reginald Lenard Smith* and provided by the State pursuant to the subpoena, shall be restricted in its use and dissemination as follows:

    A. The information shall be disclosed to the Court hearing this matter, the parties' attorneys, investigators and/or consultants or experts, and no other person;

    B. If any party wishes to disclose items or information covered by this protective order to any person other than those listed in Paragraph 2(A), that party shall give written notice to counsel for the California Department of Justice so that the Department can make a motion to prevent the disclosure. The party wishing to disclose the information will not to do so unless and until agreement with the Department is reached, or the Department's motion is ruled on by the court. If however, the Department, does not file its motion within two weeks of the notice, the party wishing to disclose the information may deem the issue to have been abandoned.

3. The Order to Show Cause issued August 16, 2012 is hereby DISCHARGED. The deposition shall go forward pursuant to the terms of this order, at a time and place mutually agreeable by counsel for Plaintiff and the deponent.

IT IS SO ORDERED.

Dated: September 5, 2012

                                                  _____
                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE